174 So. 903

**A. D. OSBURN v. STATE.**

**6 Div. 108.**

Court of Appeals of Alabama.
May 18, 1937.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 923

**A. R., alias Dolph, OWENS v. STATE.**

**4 Div. 326.**

Court of Appeals of Alabama.
April 13, 1937.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 923

**Hutson OWEN, alias Owens, v. STATE.**

**8 Div. 295.**

Court of Appeals of Alabama.
Feb. 2, 1937.

Thos. C. Pettus, of Moulton, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

175 So. 922

**Leonard OWENS v. STATE.**

**7 Div. 264.**

Court of Appeals of Alabama.
June 8, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

164 So. 922

**Dowell PAINTER v. STATE.**

**6 Div. 799.**

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Appeal dismissed.

167 So. 923

**Richard L. PALMER v. STATE.**

**8 Div. 224.**

Court of Appeals of Alabama.
Feb. 25, 1936.

SAMFORD, Judge.
Appeal dismissed.

164 So. 922

**Buster PARKER v. STATE.**

**6 Div. 835.**

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 923

**Riley PARKER v. STATE.**

**1 Div. 233.**

Court of Appeals of Alabama.
April 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.